IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GARRETT DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CV 325-066 |
| ) | |
| JOHNSON STATE PRISON; JOHNSON ) | |
| STATE PRISON MEDICAL DEPT.; ) | |
| JOHNSON STATE PRISON FINANCE ) | |
| DEPT.; UNIT MANAGER OVER ) | |
| MEDICAL; DOOLY STATE PRISON; ) | |
| C.O.R.E. CIVIC; and TIFFANY WADLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.) Plaintiff has failed to submit a Consent to Collection of Fees form, despite receiving an extension of time in which to do so. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of September, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE