IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

GARRETT DAVIS,                         )

                       )

      Plaintiff,                 )

                       )

   v.                      )       CV 325-066

                       )

JOHNSON STATE PRISON; JOHNSON  )

STATE PRISON MEDICAL DEPT.;    )

JOHNSON STATE PRISON FINANCE   )

DEPT.; UNIT MANAGER OVER       )

MEDICAL; DOOLY STATE PRISON;   )

C.O.R.E. CIVIC; and TIFFANY WADLEY, )

                       )

      Defendants.           )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this _____ day of May, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE